IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br><br>  v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC.<br><br>  Defendants. | § § § § § § § § § § § § § § |

CIVIL ACTION NO. 6:20-CV-535-ADA

## NOTICE OF APPEARANCE

Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc. ("Defendants") hereby file this Notice of Appearance and informs the Court that the following attorney has entered this action as counsel for Defendant:

   Tyler T. VanHoutan
   Texas Bar No. 24033290
   MCGUIREWOODS LLP
   600 Travis St., Suite 7500
   Houston, TX 77002
   Telephone: (713) 571-9191
   Facsimile: (713) 571-9652
   tvanhoutan@mcguirewoods.com

In connection with this Notice, Mr. VanHoutan requests that his appearance for Defendants be reflected on the Court's docket and that all future pleadings, Orders, and other papers be served on him.

Dated:  August 10, 2020					Respectfully submitted,

							*/s/ Tyler T. VanHoutan*
							Jason W. Cook
							Texas Bar No. 24028537
							Shaun W. Hassett
							Texas Bar No. 24074372
							MCGUIREWOODS LLP
							2000 McKinney Avenue, Suite 1400
							Dallas, TX 75201
							Telephone: (214) 932-6400
							Facsimile: (214) 932-6499
							jcook@mcguirewoods.com
							shasset@mcguirewoods.com

							Tyler T. VanHoutan
							Texas Bar No. 24033290
							**MCGUIREWOODS LLP**
							600 Travis St., Suite 7500
							Houston, TX 77002
							Telephone: (713) 571-9191
							Facsimile: (713) 571-9652
							tvanhoutan@mcguirewoods.com

							*Counsel for Defendant Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on August 10, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system

							*/s/ Tyler T. VanHoutan*
							Tyler T. VanHoutan