UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | § | |
| | § | |
| vs. | § | NO: WA:20-CV-00535-ADA |
| | § | |
| HUAWEI TECHNOLOGIES CO., LTD., | § | |
| HUAWEI TECHNOLOGIES USA INC., | | |
| HUAWEI TECHNOLOGIES USA INC., | | |
| HUAWEI TECHNOLOGIES CO., LTD., | | |
| WSOU INVESTMENTS, LLC | | |

**ORDER RESETTING TIME OF TELEPHONIC SCHEDULING CONFERENCE**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on October 16, 2020 at 01:00 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **16th day of October, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE